MACHSON et al. v. SYROP.

(Supreme Court, Appellate Term. December 7, 1904.)

1. CONDITIONAL PURCHASE—EVIDENCE.
　　Evidence that a purchase of a store for $2,100 was on the condition that the gross receipts were $100 a day is not so improbable that it may not be credited.

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Edward Machson and others against Henry Syrop. From a judgment for plaintiffs, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and GILDER-SLEEVE, JJ.

Emanuel Klein, for appellant.
Isidore Neustaeder, for respondents.

PER CURIAM. The evidence amply supports the finding that the sale of the store was conditional upon its being demonstrated that the gross receipts were $100 a day, and the plaintiffs were entitled to a return of the sum deposited upon this conditional agreement, in view of the actual receipts. There is nothing improbable in this agreement, since the profit upon a gross business of $100 a day was not necessarily excessive of what should ordinarily be derived from an investment of $2,100 in the business of personally conducting a store. The credibility of the witnesses was for the justice to determine, and there is nothing to infirm his conclusion upon this record.

Judgment affirmed, with costs.